IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR291 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR TEMPORARY** |
| v. | ) | **RELEASE UNDER SPECIFIC** |
| | ) | **CONDITIONS** |
| MILTON LAROSE, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON this 30th day of December, 2014, this matter comes before the court on Defendant's oral motion for temporary release under specific conditions.

The Defendant, Milton LaRose, will be temporarily released from custody under the following conditions:

On Tuesday, January 6, 2015, at 10:30 a.m., Mr. LaRose will participate in a screening at Catholic Charities Omaha Campus for Hope with Admissions Specialist, Donna Doebelin.

Defendant LaRose will be rolled up and released from the U.S. Marshal's Office no later than 10:00 a.m. on Tuesday, January 6, 2015, so that he may participate in this screening. A staff member of the Federal Public Defender's Office will provide the transportation for this screening. Defendant LaRose will then be returned to the U.S. Marshal's Office immediately following said screening on January 6, 2015. Defendant

LaRose is not permitted to travel to any other location.   Defendant LaRose will be in street clothes as he is not permitted into the Campus for Hope facility wearing jail clothing.

IT IS SO ORDERED this 30th day of December, 2014.

                                          BY THE COURT:

                                          <u>s/Joseph F. Bataillon</u>
                                          Senior United States District Judge