IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MILTON J. LAROSE,<br><br>            Defendant. | **8:13CR291**<br><br>**ORDER** |

This matter is before the court on its own motion. The court is advised that the defendant is facing new charges in State Court. In light of that fact, the court's previous order for temporary release under specific conditions (Filing No. 76) is vacated.

Dated this 5th day of January, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge